UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:

ALARM CLUB.COM, INC. d/b/a GEOARM
SECURITY,

     Plaintiff,

v.

RCE GROUP, LLC d/b/a MONITORU
SMARTHOME SECURITY &
SURVEILLANCE,

     Defendant.

_____/

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

ALARM CLUB.COM d/b/a GEOARM SECURITY, by and through its undersigned counsel, brings this Complaint against Defendant, RCE GROUP, LLC d/b/a MONITORU SMARTHOME SECURITY & SURVEILLANCE for damages and injunctive relief, and states as follows:

## SUMMARY OF THE ACTION

1.  ALARM CLUB.COM d/b/a GEOARM SECURITY ("Alarm Club" or "Plaintiff") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 101, *et seq*. in connection with, *inter alia*, the improper use, copy, display, and distribution of their original copyrighted Works of authorship.

2.  This is a case of willful copyright infringement in violation of 17 U.S.C. § 501, *et seq*. Alarm Club seeks compensatory or statutory damages, to be elected at a later point, in an

amount to be established at trial, and reimbursement of its costs including attorneys' fees, under the Copyright Act.

3.      Alarm Club further seeks temporary and permanent injunctive relief in order to bring to an end RCE Group, LLC d/b/a MonitorU Smarthome Security & Surveillance's ("MonitorU" or "Defendant") numerous, repeated, and ongoing acts of willful infringement of Alarm Club's exclusive rights.

## PARTIES

4.      Alarm Club is a successful national alarm retailer and monitoring service provider. Specifically, Alarm Club sells alarm monitoring products through its popular website, www.geoarm.com (the "Website"), as well as alarm monitoring services for individuals who want to install alarm monitoring devices on a do-it-yourself basis. Alarm Club's principal place of business is located at 1333 Old Okeechobee Road, West Palm Beach, Florida 33401.

5.      MonitorU is a competing alarm monitoring goods and service provider that sells the same or substantially similar products and services that are offered by Alarm Club. MonitorU's principal place of business is located at 2993 Polo Club Rd., Nashville, Tennessee 37221-4384.

## JURISDICTION AND VENUE

6.      This is a civil action seeking damages and injunctive relief for willful copyright infringement under the United States Copyright Act under 17 U.S.C. §101 *et. seq.*

7.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.      Defendant is subject to personal jurisdiction in Florida because Defendant maintains its business in this forum, including management and/or use of the website through which the copyright infringements at issue were committed and through which Defendant conducts

COLE, SCOTT & KISSANE, P.A.
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

sales transactions. Additionally, Defendant conducts ongoing business and has committed a tort in this forum. Specifically, the copyright infringement underlying this lawsuit was committed in the course of Defendant's operation and maintenance of a website to promote its commercial business activities in this forum.

9.      Pursuant to 28 U.S.C. § 1391, venue properly lies in this Court because a substantial part of the events giving rise to the claims asserted herein occurred in the Southern District of Florida and Defendant engaged in infringement in this district.

## GENERAL ALLEGATIONS

10.      Alarm Club is an alarm monitoring, sales and service company providing products and services targeted for consumers interested in purchasing and installing such alarm system and devices to install themselves on a do-it-yourself basis.

11.      Alarm Club designed its website (and related websites) to inform customers about alarm products, monitoring services, and the installation of its products.

12.      The website has been developed and structured in a particular way for consumers to purchase the products and understand the installation process in order to do it themselves. These promotional and informative aspects of Alarm Club's website, in turn, help drive sales of its alarm monitoring products and services.

13.      In furtherance of its efforts to offer alarm equipment and information to consumers in a helpful and informative manner, Alarm club undertook the creation of a series of photographs of alarm equipment to be displayed and sold on its website.

14.      The creation of the photographs were taken in a specific manner, with a white background and high resolution, to emphasize the features of the equipment Alarm Club sells, and

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

in part, to highlight certain aspects that are important to do-it-yourself home installers when conducting the installation.

15.     Alarm Club uploaded and used these photographs on its website in a manner fitting with its overall sales and promotional efforts as described above.

16.     The two photographs at issue are titled 1) SiXSMOKE - Honeywell Home Wireless Smoke Detector ("SiXSMOKE Work"), and 2) SixMINICT - Honeywell Home Wireless Door and Window Alarm Contact ("SixMINICT Work," and collectively, the "Works"). A true and accurate copy of the SiXSMOKE Work is attached hereto as **Composite Exhibit A**. A true and accurate copy of the SixMINICT Work is attached hereto as **Composite Exhibit B**.

17.     Alarm Club had the alarm equipment that is displayed in the Works specifically set and angled in such a manner to make the products easy to be viewed for purchase and installation purposes.

18.     Alarm Club's Works were registered with the United States Copyright Office ("USCO") on February 7, 2020.  A true and accurate copy of the Copyright Office Registration applicable to the copyrighted Works is attached here as **Exhibit C** with Reg. No.: VAu 1-389-862.

19.     Alarm Club is the exclusive owner of all rights, titles, and interests including the exclusive copyrights, in and to the copyrighted Work.

20.     Defendant is a competing alarm monitoring company that targets similarly situated consumers looking for do-it-yourself installation alarm systems willing to purchase alarm equipment or monitoring equipment and/or related services.

21.     Defendant owns and operates a website found at the principal URL https://www.monitoru.com/.

22.     Alarm Club has discovered on more than one occasion that Defendant has copied its Works, numerous other photographs, and other literary aspects of its sales and promotional strategies in an effort to compete with Alarm Club's creative and successful approaches to alarm products and alarm monitoring services for potential do-it-yourself installers and customers.

23.     Defendant, in various portions of its website, is, and has been, infringing Alarm Club's exclusive copyrights of the Works described above by reproducing and displaying those photographs on Defendant's website for Defendant's own commercial purposes, without any authority, permission, or license from Alarm Club.

24.     Therefore, on September 27, 2021, Alarm Club served a cease and desist letter on Defendant notifying it of the infringements and demanded that Defendant cease those infringements. Alarm Club's letter identified the Copyright Registration covering the multiple works Defendant was infringing at the time, which included VAu 1-389-862 and the Works at issue in this case.

25.     Defendant responded to Alarm Club, through counsel, and informed that it would remove the website altogether, informing that MonitorU no longer conducted business, and indeed, appeared to make the website inactive on the Internet thereafter.

26.     However, on November 18, 2021, Alarm Club discovered that Defendant re-activated the website and was conducting business as usual, including the continued infringement of the Works identified above by reproducing, displaying, and distributing the Works on its website without permission, authorization or license from Alarm Club ("Infringing Works").

27.     Specifically, the Defendant's Infringing Works were found, at a minimum, at the following URLs associated with the Defendant's commercial website:

- MonitorU's use of the SiXSMOKE Work:

      i.        https://monitoru.com/product/smoke-sensor-sixsmoke/

- MonitorU's use of the SixMINICT Work:

     i.        https://monitoru.com/product/lyric-3-1-1-kit-with-monitoring/
     ii.       https://monitoru.com/product/lyric-3-1-1-kit-no-monitoring/

28.     True and accurate copies of the screenshots evidencing Defendant's reproductions of the copyrighted Works and the public display and distribution of its Infringing Works are attached hereto as **Composite Exhibit D.**

29.     Defendant's reproduction of the Works and their distribution and public display have been without Alarm Club's permission, license, or authorization.

30.      Upon information and belief, after receiving Alarm Club's September 27, 2021 cease and desist letter informing Defendant of its infringement of Alarm Club's Works protected under Copyright Registration, VAu 1-389-862, Defendant's website was inactivated, only to be reactivated after some time had passed.

31.     Defendant's intentional reactivation of its website and continued reproduction, public display and distribution of the Copyrighted Works after receiving the cease and desist letter and further communications with Alarm Club's counsel constitutes willful and intentional infringement of a known violation of Alarm Club's exclusive copyrights.

32.     Moreover, and in addition to the stated infringement of the Works, Defendant has also copied, reproduced, and displayed numerous other photographs and product write-ups and descriptions created and authored, respectively, by Alarm Club. Attached hereto as **Exhibit E**, is an index identifying more than 35 examples of MonitorU copying, reproducing, and displaying Alarm Club's original photographs, in addition to the Copyrighted Works.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

33.     The aforementioned ongoing intentional infringement of the Works, plus the improper use of over 35 other photographs and literary product descriptions go beyond the pale of unintentional accident, but instead, constitute an ongoing and active campaign of piracy.

34.     Defendant has profited from its reproduction of the copyrighted Works and public display and distribution of the Infringing Works.

## COUNT I: COPYRIGHT INFRINGEMENT

35.     Alarm Club re-alleges paragraphs 1 through 34 above and incorporates them by reference as if fully set forth herein.

36.     The copyrighted Works are each an original work of authorship, embodying copyrightable subject matter, entitled to the full protection of the United States Copyright Act.

37.     Alarm Club exclusively owns all rights, title and interest in and to the copyrighted Works.

38.     Alarm Club registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39.     Defendant has infringed and violated Alarm Club's exclusive rights in the copyrighted Works in violation of the Copyright Act, by copying, displaying, distributing, and reproducing the copyrighted Works in violation of, *inter alia*, 17 U.S.C. §§ 106 and 501.

40.     Defendant's actions were performed in the course and scope of its business activities.

41.     Defendant's infringement of Alarm Club's exclusive rights in the copyrighted Works is willful and deliberate and Defendant has profited from its infringement at the expense of Alarm Club.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

42.     As a direct and proximate result of Defendant's infringement of Alarm Club's exclusive copyrights in the copyrighted Works, Alarm Club is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in an amount to be determined at trial. Alternatively, at Alarm Club's option, Alarm club is entitled to recover its actual damages, pursuant to 17 U.S.C. § 504(b), in an amount to be determined at trial, plus disgorgement of Defendant's direct and indirect profits with a nexus to Defendant's infringements of Alarm Club's exclusive rights in the copyrighted Works.

43.     Alarm Club is entitled to recover its costs of this litigation, including without limitation its attorneys' fees pursuant to 17 U.S.C. § 505.

44.     Defendant's infringing conduct has caused substantial injury to Alarm Club and any additional infringing conduct would cause irreparable harm to Alarm Club.

45.     Defendant's continued infringing conduct after receiving Alarm Club's cease and desist letter on September 27, 2021 and advising Alarm Club that it would remove its website from the Internet, only to reactivate its website after some time had passed unequivocally establishes willful and intentional infringement of Alarm Club's copyrighted Works.

46.     Such willful and intentional infringement was conducted by Defendant in order to promote and benefit its business and creates a substantial risk that Defendant will continue to infringe Alarm Club's exclusive rights in the copyrighted Works and its other similar photographs, pending registration, in order to obtain a competitive advantage and to profit at the expense of Alarm Club.

47.     Alarm Club has no adequate remedy at law to end this ongoing infringement. Pursuant to 17 U.S.C. § 502, Alarm Club is entitled to a permanent injunction prohibiting further

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

infringement by the Defendant of Alarm Club's exclusive copyrights, including its rights in the copyrighted Works.

**WHEREFORE**, Alarm Club demands judgement in its favor and against Defendant, including the following:

a.     An award of Alarm Club's actual damages, including disgorgement of Defendant's direct and indirect profits, in connection with Defendant's copyright infringement under 17 U.S.C. 504(b) in the amount to be determined at trial;

b.     Alternatively, at Alarm Club's election, an award of statutory damages under 17 U.S.C. § 504(c) in an amount to be determined at trial, including if a jury so finds intentional or willful infringement, up to a maximum of $150,000.00 per infringed Work based on Defendant's infringement of the copyrighted Works;

c.     An award of Alarm Club's costs and expenses incurred in this action to enforce its rights in the copyrighted Works, including its reasonable attorney's fees, pursuant to 17 U.S.C. § 505;

d.     An award of interest, including pre-judgment interest, on all damages awarded;

e.     Permanently enjoining Defendant, its employees, agents, successors, affiliates, assigns, and all those in active concert and participation with Defendant, from: (1) directly, indirectly or contributorily infringing on any of Alarm Club's exclusive copyrights; or (2) continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop or manufacture any works substantially similar to, derived from, or copies of Alarm Club's Copyrighted Works; or (3) participating or assisting in any such activity; and

f.     For such other and further relief as the Court may deem just and proper.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## JURY DEMAND

Alarm Club hereby demands a trial by jury pursuant to Rule 38, Federal Rules of Civil

Procedure.

Dated: January 18, 2021                          Respectfully Submitted,

                                                 COLE, SCOTT & KISSANE, P.A.
                                                 *Counsel for Plaintiff, ALARM CLUB.COM, INC.*
                                                 *d/b/a GEOARM SECURITY.*
                                                 Esperante Building
                                                 222 Lakeview Avenue, Suite 120
                                                 West Palm Beach, Florida 33401
                                                 Telephone (561) 612-3459
                                                 Facsimile (561) 683-8977
                                                 Primary e-mail: justin.levine@csklegal.com
                                                 Primary e-mail: pedro.quintana@csklegal.com
                                                 Secondary e-mail: patricia.martel@csklegal.com
                                                 Secondary e-mail: dan.dellarocca@csklegal.com

                                                 By: s/    *Justin B. Levine*

                                                    JUSTIN B. LEVINE
                                                    Florida Bar No.:  106463
                                                    PEDRO S. QUINTANA
                                                    Florida Bar No.:  1022362

# Composite Exhibit A



Composite Exhibit B





Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-389-862**

**Effective Date of Registration:**
February 07, 2020
**Registration Decision Date:**
April 13, 2020

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title _____

**Title of Group:** Alarmclub.com, Inc. Group of 21 Unpublished Photographs Created January 2020

**Number of Photographs in Group:** 21

- **Individual Photographs:** SiXSMOKE - Honeywell Home Wireless Smoke Detector (Horizontal Side Profile View),SiXSMOKE - Honeywell Home Wireless Smoke Detector (Back Cover Open with Batteries Exposed),SiXSMOKE - Honeywell Home Wireless Smoke Detector (Front View),VISTA-128BPT - Honeywell Home Hardwired Control Panel (Metal Can, Batteries and Transformer Front Door Open View),VISTA-128BPT - Honeywell Home Hardwired Control Panel (in Box),VISTA-128BPT - Honeywell Home Hardwired Control Panel Metal Can (Front Door Open View),VISTA-128BPT - Honeywell Home Hardwired Control Panel Metal Can (No Front Door Open View),SixMINICT - Honeywell Home Wireless Door and Window Alarm Contact (Horizontal Side Profile View),SixMINICT - Honeywell Home Wireless Door and Window Alarm Contact (Front View),SixMINICT - Honeywell Home Wireless Door and Window Alarm Contact (Front View Open Cover),VISTA-250BPT - Honeywell Home Hardwired Control Panel (in Box),VISTA-250BPT - Honeywell Home Hardwired Control Panel Metal Can (No Front Door Open View),VISTA-250BPT - Honeywell Home Hardwired Control Panel (Metal Can, Batteries and Transformer Front Door Open View),VISTA-250BPT - Honeywell Home Hardwired Control Panel Metal Can (Front Door Open View),VISTA21IPLTE - Honeywell Home Hardwired Control Panel (Metal Can, Batteries and Transformer Front Door Open View),VISTA21IPLTE - Honeywell Home Hardwired Control Panel (Metal Can, Batteries, Communicator and Transformer Front Door Open View),VISTA21IPLTE - Honeywell Home Hardwired Control Panel Metal Can (Front Door Open View),VISTA21IPLTE - Honeywell Home Hardwired Control Panel Metal Can (No Front Door Open View),VISTA21IPLTE - Honeywell Home Hardwired Control Panel (in Box),620 - Honeywell Home TELCO Phone Cord Cable,620 - Honeywell Home TELCO Phone Cord Cable (with RJX Jack),

## Completion/Publication _____

**Year of Completion:** 2020

## Author

|  |  |
|---|---|
| **Author:** | Alarm Club.com, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| **Copyright Claimant:** | Alarm Club.com, Inc. |
|---|---|
|  | 1133 Old Okeechobee Road, West Palm Beach, FL, 33401, United States |

## Rights and Permissions

| **Organization Name:** | Alarm Club.com, Inc. |
|---|---|
| **Address:** | 1133 Old Okeechobee Road |
|  | West Palm Beach, FL 33401 United States |

## Certification

| **Name:** | Lee Anne LeBlanc |
|---|---|
| **Date:** | February 07, 2020 |
| **Applicant's Tracking Number:** | AlarmClub Copyright 2020 - Jan |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Composite Exhibit D



The Honeywell 5800RPS is a wireless recessed door sensor with a roller plunger switch for alarm activation. When installed, the 5800RPS recessed door sensor is fully concealed and makes for an ideal choice for protecting your home's doors.

☐ Add for ~~$59.99~~ **$40.00**  **each**

## Overhead door-Tilt window contact (5822T) ⧉

Honeywell Home 5822T Wireless Tilt Sensor Transmitter is designed to mount vertically on surfaces that tilt horizontally when opened — providing an easy way to secure garage doors or basement tilt windows.

☐ Add for ~~$59.99~~ **$35.00**  **each**

## Motion Sensor (SiXPIR) ⧉

The SiXPIR is the motion detector for the Honeywell Lyric. The SiXPIR is the perfect, discreet solution for those who want to add redundancy to their system.

☐ Add for ~~$64.99~~ **$55.00**  **each**

## Glass Break contact (SiXGB) ⧉

The SiXGB is the glass break detector specially designed for the Lyric Controller. Similar to Honeywell's other wireless glass break detectors the SiXGB is a discreet, simple-to-install glass break. If you need to protect a room full of windows, then the SiXGB is the device you've been looking for.



Home    About Us    Personal Safety    Security Products    Monitoring Packages    My Account

Home / LYRIC (3-1-1 KIT) : WITH MONITORING



## LYRIC (3-1-1 KIT) : WITH MONITORING

**From: $375.00**

### Door/Window contact (SIXCT)

The SiXCT is a military-grade encrypted door/window sensor for the Lyric Controller. Its two-way communication makes this a reliable, obvious option for anyone wanting to add new sensors to their Honeywell Lyric system.

☐ Add for ~~$50.00~~ **$25.00** each

### Recessed door contact (5800RPS)

The Honeywell 5800RPS is a wireless recessed door sensor with a roller plunger switch for alarm activation. When installed, the 5800RPS recessed door sensor is fully concealed and makes for an ideal choice for protecting your home's doors.

☐ Add for ~~$59.99~~ **$40.00** each



honeywell-lyric-wifi-wireless-security-system-kit-80



Add for ~~$59.99~~ **$40.00** each

## Overhead door-Tilt window contact (5822T) ⧉

Honeywell Home 5822T Wireless Tilt Sensor Transmitter is designed to mount vertically on surfaces that tilt horizontally when opened — providing an easy way to secure garage doors or basement tilt windows.

Add for ~~$59.99~~ **$35.00** each

## Motion Sensor (SIXPIR) ⧉

The SiXPIR is the motion detector for the Honeywell Lyric. The SiXPIR is the perfect, discreet solution for those who want to add redundancy to their system.

Add for ~~$64.99~~ **$55.00** each

## Glass Break contact (SIXGB) ⧉

The SiXGB is the glass break detector specially designed for the Lyric Controller. Similar to Honeywell's other wireless glass break detectors the SiXGB is a discreet, simple-to-install glass break. If you need to protect a room full of windows, then the SiXGB is the device you've been looking for.

Add for ~~$79.99~~ **$65.00** each



honeywell-lyric-wifi-wireless-security-system-kit-80



MONITOR U
SMARTHOME SECURITY & SURVEILLANCE
800·307·0081

Home     About Us     Personal Safety     Security Products     Monitoring Packages     My Account





# SMOKE SENSOR (SIXSMOKE)

## $79.99

The SiXSMOKE is compatible with the Lyric Controller. Secured with military grade encryption and Honeywell's amazing brand and technology, this is the perfect sensor for your new Lyric.

1     ADD TO CART

SKU: SIXSMOKE-Lyr-A  Category: Lyric





## Glass Break contact (SIXGB) 

The SiXGB is the glass break detector specially designed for the Lyric Controller. Similar to Honeywell's other wireless glass break detectors the SiXGB is a discreet, simple-to-install glass break. If you need to protect a room full of windows, then the SiXGB is the device you've been looking for.

Add for ~~$79.99~~ **$65.00** each

## Smoke Sensor (SIXSMOKE)

The SiXSMOKE is compatible with the Lyric Controller. Secured with military grade encryption and Honeywell's amazing brand and technology, this is the perfect sensor for your new Lyric.

Add for ~~$79.99~~ **$65.00** each

## Two-Way Wireless Smoke/Heat and Carbon Monoxide (CO) Detector (SIXCOMBO)

The SiX®COMBO is a two-way wireless smoke and carbon monoxide detector with four sensing elements that improve detection, while reducing false alarms. This smart home security system device is equipped with a battery pull-tab and auto-enrollment for easy installation.

Exhibit E

### INDEX OF MONITORU'S UNAUTHORIZED USED ON ALARMCLUB WORKS

1. https://monitoru.com/product/door-window-contact5816wmwh/
2. https://monitoru.com/product/lynx-5210-3-1-1-kit-with-monitoring/ (Multiple photographs)
3. https://monitoru.com/product/lynx-5210-3-1-1-kit-no-monitoring/ (Multiple photographs)
4. https://monitoru.com/product/lynx-7000-3-1-1-kit-with-monitoring/ (Multiple photographs)
5. https://monitoru.com/product/lynx-7000-3-1-1-kit-no-monitoring/ (Multiple photographs)
6. https://monitoru.com/product-category/accessories-2/panel-accessories/page/3/
7. https://monitoru.com/product-category/accessories-2/panel-accessories/page/2/
8. https://monitoru.com/product/lyric-3-1-1-kit-with-monitoring/
9. https://monitoru.com/product/lyric-3-1-1-kit-no-monitoring/
10. https://monitoru.com/product/lynx-5210-3-1-1-kit-with-monitoring/
11. https://monitoru.com/product/lynx-5210-3-1-1-kit-no-monitoring/
12. https://monitoru.com/product/lynx-7000-3-1-1-kit-with-monitoring/
13. https://monitoru.com/product/lynx-7000-3-1-1-kit-no-monitoring/
14. https://monitoru.com/product/ip-wifi-communicator-l5100-wifi/
15. https://monitoru.com/product/lynx-5210-3-1-1-kit-with-monitoring/
16. https://monitoru.com/product/lynx-7000-3-1-1-kit-with-monitoring/ (Multiple photographs)
17. https://monitoru.com/product/lynx-7000-3-1-1-kit-no-monitoring/
18. https://monitoru.com/product-category/accessories-2/panel-accessories/page/2/
19. https://monitoru.com/product/verizon-cellular-communicator-lte-l57v/
20. https://monitoru.com/product-category/accessories-2/panel-accessories/
21. https://monitoru.com/product/lyric-3-1-1-kit-with-monitoring/
22. https://monitoru.com/product/two-way-wireless-smoke-heat-and-carbon-monoxide-co-detector-sixcombo/ (Multiple photographs)
23. https://monitoru.com/product-category/accessories-2/panel-accessories/
24. https://monitoru.com/product/glass-break-contact-sixgb/ (Multiple photographs)
25. https://monitoru.com/product/lyric-3-1-1-kit-with-monitoring/
26. https://monitoru.com/product/lyric-3-1-1-kit-no-monitoring/
27. https://monitoru.com/product-category/accessories-2/panel-accessories/page/2/
28. https://monitoru.com/product/interior-siren-sixsiren/ (Multiple photographs)
29. https://monitoru.com/product/lyric-3-1-1-kit-with-monitoring/
30. https://monitoru.com/product/lyric-3-1-1-kit-no-monitoring/
31. https://www.facebook.com/monitorutn/photos/308787392888414
32. https://www.facebook.com/monitorutn/photos/250333118733842
33. https://www.facebook.com/monitorutn/photos/238986706535150
34. https://www.instagram.com/p/BOHmJJjDgJE/
35. https://www.instagram.com/p/BOrn7QjDtwK/
36. https://www.instagram.com/p/BPCw2OLjBau/
37. https://monitoru.com/product-category/accessories-2/panel-accessories/page/2/ (Multiple photographs)